UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 22-331 MWF (JCx)**                                           Date:  May 10, 2022

Title         **Misael Romero v. Honsu, Inc., et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

   A review of the docket in this action reflects that the Complaint was filed on February 18, 2022.  (Docket No. 1).  On April 5, 2022, the parties filed a Stipulation to Extend Time for Defendants to File a Response to Initial Complaint (the "Stipulation").  (Docket No. 13).  Pursuant to the Stipulation, the deadline for Defendants Honsu, Inc., Sean Packer, and CSSP Investments, LLC to respond to the Complaint was extended to April 29, 2022.

   The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MAY 24, 2022**.

- BY PLAINTIFF:  PROOF OF SERVICE OF THE NOTICE TO PARTIES: ADA DISABILITY ACCESS LITIGATION packet.  (Docket No. 11).

    *AND*

- BY DEFENDANTS:  RESPONSES TO THE COMPLAINT ("Response") or APPLICATIONS FOR STAY AND EARLY MEDIATION ("ADA Application").

    *OR*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 22-331 MWF (JCx)**                                        Date:  May 10, 2022

Title          **Misael Romero v. Honsu, Inc., et al.**

■ BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **MAY 24, 2022** will result in dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm